**JUDGE KOELTL**

**'08 CIV 5672**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,                :

                Plaintiff,    :

    - against -                          :

STEVEN SWANCOAT D/B/A GANNSCIENCE       :
D/B/A GANNSCIENCE.COM, JOHN DOE
NOS. 1-5 AND JANE DOE NOS. 1-5,         :

                Defendants.   :

- - - - - - - - - - - - - - - - - - - x



RECEIVED
08 Civ.
JUN 24 2008
U.S.D.C. S.D.N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 6/20/08

_William Dunnegan_
SIGNATURE OF ATTORNEY