| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1] | Date 7/11/08 | Time 11:00 a.m. |
| Name of Server *(Print)* Debra Rader | Title Process Server | |

Check the appropriate method(s) of service below and supply the information requested.

☐ **Served personally upon the defendant.**
Physical description of the defendant: _____

Place served: 708 Lakepoint Street
Grosse Pointe Park, MI 48230

☒ **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
Name of the person with whom the documents were left: Defendant's brother (refused name), w/m, 20ish, 5'5", 160 lbs., short brown hair
Physical description of the person with whom the documents were left: _____

Person's relationship to defendant: _____

☐ **Returned Unexecuted *(specify)*:** _____

☐ **Other *(specify)*:** _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on  7/14/08
          Date

Signature of Server  Debra Rader

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.