```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,             :

                 Plaintiff,          :

     - against -                     :    08 Civ. 5672 (JGK)

STEVEN SWANCOAT D/B/A GANNSCIENCE    :
D/B/A GANNSCIENCE.COM, JOHN DOE
NOS. 1-5 AND JANE DOE NOS. 1-5,      :

                 Defendants.         :

- - - - - - - - - - - - - - - - - - x
```

PLAINTIFF'S REQUESTS FOR VOIR DIRE

Pursuant to the Individual Practices of this Court, plaintiff John Wiley & Sons, Inc. requests that the Court ask the following questions of potential jurors.

1.   Have you had any business dealings with John Wiley & Sons, Inc.?  If so, what were they?

2.   Do you have any relatives or close friends that work in the book publishing business?  If so, who are they and what do they do?

3.   Do you know any of the following people who are involved in this case?

   Roy Kaufman
   Patrick Murphy
   Joan O'Neil
   Jennifer Siewert
   Steven Swancoat

4.   Have you ever used an electronic book?

5.  Do you regularly use the Internet?

6.  Have you ever purchased anything on eBay?

7.  Have you ever used a payment service called PayPal?

8.  Do you have any personal beliefs that would prevent you from imposing a monetary penalty on a defendant?

9.  Have you ever been involved in a copyright case? If so, tell us about it.

Dated: New York, New York
       October 21, 2009

>                              DUNNEGAN LLC
>
>                              By  /s/ William Dunnegan
>                              William Dunnegan (WD9316)
>                              wd@dunnegan.com
>                              Laura Scileppi (LS0114)
>                              ls@dunnegan.com
>                              Attorneys for Plaintiff
>                                John Wiley & Sons, Inc.
>                              350 Fifth Avenue
>                              New York, New York 10118
>                              (212) 332-8300

To:  Steven Swancoat, <u>pro</u> <u>se</u>
     612 Garfield Avenue
     Apartment 818
     Kansas City, MO 64124-2287
     (313) 673-6450

3